United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MUHAMMAD IQBAL JABARKHEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:26-CV-02359 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Pending before the Court is Federal Respondents' Motion for Leave to File Response. Having considered the motion, the Court finds as follows:

Respondents' Motion for Leave to File Response is GRANTED.

SIGNED on October 29, 2026

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE